# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:14–cv–00742–CRC

WESTERN WATERSHEDS PROJECT et al v. JEWELL et al
Assigned to: Judge Christopher R. Cooper
Cause: 42:4321 Review of Agency Action–Environment

Date Filed: 04/29/2014
Jury Demand: None
Nature of Suit: 893 Environmental Matters
Jurisdiction: Federal Question

**Plaintiff**

**WESTERN WATERSHEDS PROJECT**    represented by   **John Meyer**
COTTON ENVIRONMENTAL LAW CENTER
24 S. Willson Ave
Suites 6–7
Bozeman, MT 59715
(406) 587–5800
Fax: (970) 797–9133
Email: John@Cottonwoodlaw.org
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matt G. Kenna**
PUBLIC INTREST ENVIRONMENTAL LAW
679 E. Second Avenue
Suite 11B
Durango, CO 81301
(970) 385–6941
Fax: (970) 797–9133
Email: mattkenna@gmail.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COTTONWOOD ENVIRONMENTAL**
**LAW CENTER**                represented by   **John Meyer**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matt G. Kenna**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**SALLY JEWELL**                represented by   **Ruth Ann Storey**
*In her official capacity as Secretary of the*
*Interior*
U.S. DEPARTMENT OF JUSTICE
Land &Natural Resources Division
Ben Franklin Station

P.O. Box 7611
Washington, DC 20044–1420
(202) 305–0493
Fax: (202) 305–0506
Email: ruth.ann.storey@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary E. Hollingsworth**
UNITED STATES DEPARTMENT OF
JUSTICE
Environment &Natural Resources Division
P.O. Box 7611
Washington, DC 20044
(202) 305–0324
Fax: (202) 305–0275
Email: mary.hollingsworth@usdoj.gov
*ATTORNEY TO BE NOTICED*

## Defendant

**NATIONAL PARK SERVICE**                 represented by   **Ruth Ann Storey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mary E. Hollingsworth**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/29/2014 | Ï 1 | COMPLAINT against SALLY JEWELL, NATIONAL PARK SERVICE ( Filing fee $ 400 receipt number 0090–3700061) filed by WESTERN WATERSHEDS PROJECT, COTTONWOOD ENVIRONMENTAL LAW CENTER. (Attachments: # 1 Civil Cover Sheet, # 2 Summons US Attorney General, # 3 Summons US Attorney Civil Process Clerk, # 4 Summons Sally Jewell, Secretary of the Interior, # 5 Summons National Park Service)(Kenna, Matt) (Entered: 04/29/2014) |
| 04/29/2014 | Ï 2 | Corporate Disclosure Statement by WESTERN WATERSHEDS PROJECT. (Kenna, Matt) Modified on 4/30/2014 (kb). (Entered: 04/29/2014) |
| 04/29/2014 | Ï 3 | Corporate Disclosure Statement by COTTONWOOD ENVIRONMENTAL LAW CENTER. (Kenna, Matt) Modified on 4/30/2014 (kb, ). (Entered: 04/29/2014) |
| 04/29/2014 | Ï 4 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– John meyer, :Firm– Cottonwood Environmental Law Center, :Address– 24 S. Willson Ave., Suites 6–7, Bozeman, MT 59715. Phone No. – (406) 587–5800. Fax No. – (970) 797–9133 by COTTONWOOD ENVIRONMENTAL LAW CENTER, WESTERN WATERSHEDS PROJECT (Attachments: # 1 Affidavit Declaration of John Meyer in SSupport of PHV Motion, # 2 Text of Proposed Order)(Kenna, Matt) (Entered: 04/29/2014) |
| 04/29/2014 | Ï | Case Assigned to Judge Christopher R. Cooper. (kb) (Entered: 04/30/2014) |
| 04/30/2014 | Ï 5 | SUMMONS Issued (4) Electronically as to SALLY JEWELL, NATIONAL PARK SERVICE, |

|  |  |  | U.S. Attorney and U.S. Attorney General. (Attachments: #1 Consent Form, #2 Notice of Consent)(kb) (Entered: 04/30/2014) |
| --- | --- | --- | --- |
| 04/30/2014 | Ï | 6 | ORDER granting 4 Motion for Leave to Appear Pro Hac Vice :Attorney Name– John Meyer; IT IS HEREBY ORDERED that John Meyer is hereby admitted to practice in the United States District Court for the District of Columbia, pro hac vice. The Court directs that Mr. Meyer familiarize himself with the Local Rules to the extent necessary. Signed by Judge Christopher R. Cooper on 4/30/2014. (tcb) (Entered: 04/30/2014) |
| 05/20/2014 | Ï | 7 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed. COTTONWOOD ENVIRONMENTAL LAW CENTER served on 5/9/2014; WESTERN WATERSHEDS PROJECT served on 5/9/2014, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on United States Attorney General. Date of Service Upon United States Attorney General 5/8/2014. (Attachments: #1 Declaration Dec. with Return Receipts Attached)(Meyer, John) (Entered: 05/20/2014) |
| 07/07/2014 | Ï | 8 | Unopposed MOTION for Extension of Time to *Respond to Complaint* by SALLY JEWELL, NATIONAL PARK SERVICE (Storey, Ruth) (Entered: 07/07/2014) |
| 07/07/2014 | Ï |  | MINUTE ORDER granting 8 Unopposed Motion for Extension of Time to respond to the complaint. The Defendants shall have to, and including, July 21, 2014 to respond to the Plaintiffs' complaint. Signed by Judge Christopher R. Cooper on 7/7/2014. (lccrc1, ) (Entered: 07/07/2014) |
| 07/20/2014 | Ï | 9 | AMENDED COMPLAINT against SALLY JEWELL, NATIONAL PARK SERVICE filed by WESTERN WATERSHEDS PROJECT, COTTONWOOD ENVIRONMENTAL LAW CENTER.(Meyer, John) (Entered: 07/20/2014) |
| 08/04/2014 | i | 10 | ANSWER to 9 Amended Complaint by SALLY JEWELL, NATIONAL PARK SERVICE. Related document: 9 Amended Complaint filed by WESTERN WATERSHEDS PROJECT, COTTONWOOD ENVIRONMENTAL LAW CENTER.(Storey, Ruth) (Entered: 08/04/2014) |
| 08/04/2014 | i | 11 | MOTION to Change Venue by SALLY JEWELL, NATIONAL PARK SERVICE (Attachments: #1 Memorandum in Support)(Storey, Ruth) (Entered: 08/04/2014) |
| 08/18/2014 | i | 12 | RESPONSE re 11 MOTION to Change Venue filed by COTTONWOOD ENVIRONMENTAL LAW CENTER, WESTERN WATERSHEDS PROJECT. (Attachments: #1 Exhibit Park Service Notice, #2 Exhibit Park Service Report, #3 Declaration Lotlikar Declaration, #4 Declaration Osher Declaration, #5 Declaration Kerr Declaration)(Meyer, John) (Entered: 08/18/2014) |
| 08/25/2014 | i | 13 | MOTION for Extension of Time to File Response/Reply as to 11 MOTION to Change Venue by SALLY JEWELL, NATIONAL PARK SERVICE (Storey, Ruth) (Entered: 08/25/2014) |
| 08/26/2014 | i | 14 | RESPONSE re 13 MOTION for Extension of Time to File Response/Reply as to 11 MOTION to Change Venue *(Non–Opposition)* filed by COTTONWOOD ENVIRONMENTAL LAW CENTER, WESTERN WATERSHEDS PROJECT. (Kenna, Matt) (Entered: 08/26/2014) |
| 08/27/2014 | Ï |  | MINUTE ORDER granting 13 MOTION for Extension of Time to File Response/Reply as to 11 MOTION to Change Venue; Defendant's Response due by 8/27/2014. Signed by Judge Christopher R. Cooper on 8/27/2014. (tcr) (Entered: 08/27/2014) |
| 08/27/2014 | i | 15 | REPLY to opposition to motion re 11 MOTION to Change Venue filed by SALLY JEWELL, NATIONAL PARK SERVICE. (Storey, Ruth) (Entered: 08/27/2014) |
| 09/19/2014 | i | 16 | NOTICE of Appearance by Mary E. Hollingsworth on behalf of SALLY JEWELL, NATIONAL PARK SERVICE (Hollingsworth, Mary) (Entered: 09/19/2014) |
| 09/23/2014 | i | 17 |  |

| | | |
|---|---|---|
| | | MEMORANDUM OPINION AND ORDER granting 11 Defendants' Motion to Change Venue and transferring the case to the United States District of Utah. Signed by Judge Christopher R. Cooper on 9/23/2014. (lccrc2, ) (Entered: 09/23/2014) |
| 10/06/2014 | Ï | Case transferred to the USDC for the UNITED STATES DISTRICT COURT FOR UTAH, pursuant to Court Order entered 9/23/14. Sent to Court Extraction. (td, ) (Entered: 10/06/2014) |